[No. 26950-0-I.   Division One.   September 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY TOWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01070-4, Jim Bates, J., entered September 10, 1990. *Reversed* by unpublished per curiam opinion.

[No. 13730-5-II.   Division Two.   September 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIN S. VANDERHEIDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-03720-7, Nile E. Aubrey, J., entered March 21, 1990. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 13826-3-II.   Division Two.   September 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY M. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03159-2, Donald H. Thompson, J., entered April 10, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.